No. 157. CIVIL AERONAUTICS BOARD *v.* STATE AIRLINES, INC.;

No. 158. STATE AIRLINES, INC. *v.* CIVIL AERONAUTICS BOARD ET AL.; and

No. 159. PIEDMONT AVIATION, INC. *v.* STATE AIRLINES, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Perlman* and *Emory T. Nunneley, Jr.* for petitioner in No. 157, and on a brief in No. 159 for

the Civil Aeronautics Board, as *amicus curiae,* supporting the petition. *Frederick W. P. Lorenzen* and *Philip Schleit* for State Airlines, Inc., petitioner in No. 158 and respondent in Nos. 157 and 159. *Charles H. Murchison* for Piedmont Aviation, Inc., petitioner in No. 159 and respondent in No. 158.